**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LINDSEY DORCUS, CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, ROBIN AMER, YOHANCE LACOUR, and VICTORIA NASSIF, individually, and on behalf of other persons similarly situated,

Plaintiffs,

v.

ADOBE INC., a Delaware corporation,

Defendant.

No. 26-cv-05575

Hon. John R. Blakey

**ADOBE INC.'S MOTION TO DISMISS**
**PLAINTIFFS' COMPLAINT**

Defendant Adobe Inc. ("Adobe"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Plaintiffs' Complaint (Dkt. 1) with prejudice for failure to state a claim. In support of this Motion, Adobe contemporaneously submits a supporting Memorandum of Law.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Kathleen L. Carlson*

Kathleen L. Carlson
Lawrence P. Fogel
Andrew F. Rodheim
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kathleen.carlson@sidley.com
lawrence.fogel@sidley.com
arodheim@sidley.com

*Counsel for Defendant Adobe Inc.*